IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECTA ARNOLD, ) | |
| ) | Case No. CV-05-309-S-BLW |
| Plaintiff, ) | |
| ) | **ORDER OF DISMISSAL** |
| v. ) | |
| ) | |
| ALBERTSON'S, INC., a Delaware ) | |
| Corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice (Docket No. 81). The Court having considered the pleadings, shall approve the Stipulation, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

IT IS HEREBY ORDERED THAT this case is DISMISSED, with prejudice, with each party bearing their own costs, expenses, and attorneys' fees.

DATED: **February 16, 2007**

B. LYNN WINMILL
Chief Judge
United States District Court

**Order of Dismissal -- Page 1**