IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA ARNOLD, ) | |
| ) | Case No. CV-05-309-S-BLW |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| ALBERTSON'S, INC., a Delaware ) | |
| Corporation, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Pursuant to the Order of Dismissal filed concurrently herewith,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action be DISMISSED with Prejudice.  This matter is hereby deemed closed.

DATED:  **February 16, 2007**

*[signature]*

B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment -- Page 1**